IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NANCY SIMMERSON, as Personal
Representative of the Estate
of Esther Truax, et al.,

    Plaintiff,

v.                                  CASE NO. 3:23-cv-01414-HLA-MCR

THOMAS K. WATERS in his official
capacity as Sheriff of the City of
Jacksonville, Florida, and
ALANNA WOODARD, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, THOMAS K. WATERS, hereby give notice under Local Rule 3.09(a), that Defendants have reached a settlement agreement with Plaintiff, NANCY SIMMERSON as Personal Representative of the Estate of Esther Truax, regarding all claims in this matter. Plaintiff also agreed to the filing of this Notice by Defendants. The Parties believe that Court approval of the settlement is required based on the amount involved and the estate representing the interest of minors. Plaintiff is in the process of establishing guardianships for each of the minors entitled to proceeds from the settlement and will proceed with a motion after that is completed.

–1–

–2–

Dated: December 30, 2024

                                      **OFFICE OF GENERAL COUNSEL**
                                      **CITY OF JACKSONVILLE**

                                      /s/ *Brett G. Mereness*
                                      **BRETT G. MERENESS, ESQ.**
                                      Assistant General Counsel
                                      Florida Bar No.: 98691
                                      BrettM@coj.net; BOsburn@coj.net
                                      117 West Duval Street, Suite 480
                                      Jacksonville, Florida 32202
                                      904-255-5100; 904-255-5120 (fax)
                                      *Attorney for Defendant Sheriff/City*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 30th day of December, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                      */s/ Brett G. Mereness*
                                      Attorney